Danny J. Horen, Esq.
NV Bar No. 13153
Kazerouni Law Group, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Telephone: (800) 400-6808x7
Facsimile: (800) 520-5523
danny@kazlg.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **MARGARET TYREE,**<br><br>Plaintiff**,**<br><br>v.<br><br>**OCWEN LOAN SERVICING, LLC, BANK OF AMERICA, N.A., and EXPERIAN INFORMATION SOLUTIONS, INC.,**<br><br>Defendants. | **Case No.: 2:15-cv-00571-LDG-NJK**<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

**STIPULATION OF DISMISSAL**

1
2  Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff
3  MARGARET TYREE ("Plaintiff"), and EXPERIAN INFORMATION
4
5  SOLUTIONS, INC. ("Experian"), having reached settlement, stipulate to dismiss
6  **Experian** from the above-captioned matter, **with prejudice** as to the Plaintiff's
7  claims against Experian. Each party will bear its own costs, disbursements, and
8
9  attorney fees.
10 Dated: November 5, 2015
11
12
13 KAZEROUNI LAW GROUP                    JONES DAY
14
15  /s/ Danny J. Horen _____              /s/ Alyssa Staudinger
    Danny Horen, Esq.                      Alyssa Staudinger, Esq.
16  7854 W. Sahara Avenue                  3161 Michelson Drive, Suite 800
17  Las Vegas, NV 89117                    Irvine, CA 92612
    800-400-6808                           949.553.7523
18  Email: danny@kazlg.com                 Email: astaudinger@jonesday.com
19  Attorney for Plaintiff                 Attorney for Experian
20
21
22 IT IS SO ORDERED:
23 Experian is Dismissed from the instant matter, with Prejudice.
24
25
26 DATED: 6  November 2015      _____
                                 UNITED STATES DISTRICT COURT JUDGE
27                                   Lloyd D. George
28

**STIPULATION OF DISMISSAL**                                            2