**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| MARGARET TYREE, | ) | Case No. 2:15-cv-00571-LDG-NJK |
| Plaintiff(s), | ) | |
| | ) | ORDER |
| v. | ) | |
| OCWEN LOAN SERVICING, LLC, et al., | ) | |
| Defendant(s). | ) | |

     On September 30, 2015, a notice of settlement was filed by Plaintiff and Defendant Ocwen. Docket No. 24.  The Court hereby ORDERS that a stipulation of dismissal must be filed no later than March 2, 2016.

     IT IS SO ORDERED.

     DATED: February 25, 2016

_____
Nancy J. Koppe
United States Magistrate Judge